UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel A. Frischberg, Esq.
Law Office of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Attorney for Debtors

In Re:

PAMELA S. BURNS

Order Filed on July 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____17-35697_____

Chapter: _____13_____

Judge: _____ABA_____

# ORDER AUTHORIZING RETENTION OF

_____BEN DASH, ESQ._____

The relief set forth on the following page is **ORDERED**.

**DATED: July 31, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ____Ben Dash, Esq.____

as _____Attorney_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 39 East Main St.
   Moorestown, NJ 08057

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Pamela S Burns  
    Debtor

Case No. 17-35697-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 01, 2018  
                        Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.  
db         +Pamela S Burns,   706 Quail Road,    Marlton, NJ 08053-5007  
aty        +Benjamin Dash,   39 East Main Street,    Moorestown, NJ 08057-3309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2018 at the address(es) listed below:  
       Andrew B. Finberg    on behalf of Debtor Pamela S Burns andy@sjbankruptcylaw.com,  
         abfecf@gmail.com;finbergar39848@notify.bestcase.com  
       Daniel A. Frischberg    on behalf of Debtor Pamela S Burns dan@sjbankruptcylaw.com,  
         frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Gary J. Zangerle    on behalf of Creditor    Whitebridge Condominium Association  
         zangerle@ZangerleLaw.comcastbiz.net  
       Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
         summarymail@standingtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.  
         rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                      TOTAL: 8