Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−35697−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pamela S Burns
   802 Britton Place
   Marlton, NJ 08043

Social Security No.:
   xxx−xx−6213

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 27, 2018.

On 8/27/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:             October 10, 2018
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 28, 2018
JAN: dmb

                                                            Jeanne Naughton
                                                            Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 17-35697-ABA
Pamela S Burns                                                          Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 1                  Date Rcvd: Aug 28, 2018
                               Form ID: 185                Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db             +Pamela S Burns,    802 Britton Place,    Marlton, NJ 08043-2556
aty            +Benjamin Dash,   39 East Main Street,    Moorestown, NJ 08057-3309
r               Jessica Holtzman,    123 Main St.,    Moorestown, NJ 08057
517245177      +Cenlar Federal Savings & Loan,    P.O. Box 77404,    Trenton, NJ 08628-6404
517245178      +Chase Auto Finance,    PO Box 901003,    Fort Worth, TX 76101-2003
517366956      +HomeBridge Financial Services, Inc.,     c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517245179      +Homebridge Financial Services,    c/o KML Law Group, PC,    216 Haddon Avenue,   Suite 406,
                 Collingswood, NJ 08108-2812
517245181      +PNC Bank,   P.O. Box 3180,    Pittsburgh, PA 15230-3180
517245182      +Whitebridge Condominium Association,     c/o Gary J. Zangerle, Esquire,
                 505 South Lenola road Blason II,    Suite 201,    Moorestown, NJ 08057-1594

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2018 23:26:28      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2018 23:26:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517245176      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 23:31:39      Capital One,
                 P.O. Box 30253,    Salt Lake City, UT 84130-0253
517245180      +E-mail/Text: Bankruptcy@homebridge.com Aug 28 2018 23:27:10
                 Homebridge Financial Services, Inc.,    194 Wood Avenue South,    9th Floor,
                 Iselin, NJ 08830-2761
517353608      +E-mail/Text: bk.notifications@jpmchase.com Aug 28 2018 23:26:17      JPMorgan Chase Bank, N.A.,
                 PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Pamela S Burns andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Daniel A. Frischberg    on behalf of Debtor Pamela S Burns dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Gary J. Zangerle    on behalf of Creditor   Whitebridge Condominium Association
               zangerle@ZangerleLaw.comcastbiz.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```